IN RE: GOODE                                                    CASE NO. 10-12098

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

111
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
GOODE, ANDREW J. (10-12098 B)
92005181798566
COMBINED SMALL CHECK

TID # 380220

52-11497

Date   02/18/2011

$ ***********4.84

~~~Four Dollars and 84/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000111⑈ ⑆043302493⑆ 92005181798566⑈

2/22/11

DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000).

DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228244    - KW
* * C O P Y * *
February 22, 2011
15:36:14

UNC.UNDER$25
10-12098
Debtor.: ANDREW J. GOODE
Trustee: Aaron Caillouet
Amount.:                $4.84 CH
Check#.: 111

Total-> $4.84

FROM: CAILLOUET

Printed: 02/18/11 12:12 PM

**Claims Distribution Small Checks**

Page: 1

**Trustee: AARON CAILLOUET (380220)**

Case:  10-12098 - GOODE, ANDREW J.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92005181798566 | 111 | 02/18/11 | | | Payee: | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $4.84 |
| | | | 9 | 10/18/10 | 610 | LVNV Funding LLC | 66.18 | 66.18 | 4.84 | 4.84 |

(*) Denotes objection to Amount Filed